UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------ X
CAROL A. WHITE,

        Plaintiff,

   -against-

ZICAM LLC, MATRIXX INITIATIVES, INC.
and CVS PHARMACY, INC.,

        Defendants.
------------------------------------------------ X

INDEX NO. 11-cv-3673

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff and defendants, by and through their attorneys, hereby stipulate and agree that the Complaint and cause of actions of Plaintiff Carol A. White shall be dismissed with prejudice in their entirety against all defendants with each of the parties to bear his, her or its own costs, expenses and attorneys' fees incurred herein.

IT IS SO STIPULATED:

Dated: August 6, 2012

KEEGAN & KEEGAN, ROSS & ROSNER, LLP

By:_____

Thomas J. Keegan, Jr. (TK 2445)
*Attorneys for Plaintiff* **Carol A. White**
P.O. Box 918
147 North Ocean Avenue
Patchogue, NY 11772-0918
(631) 475-9400

Dated: August 3, 2012

HARRIS BEACH PLLC

By:_____

Judi Abbott Curry (JAC-4706)
*Attorneys for Defendants*
**MATRIXX INITIATIVES, INC.,
ZICAM, LLC. and CVS PHARMACY, INC.**
100 Wall Street
New York, New York 10005
(212) 687 - 0100